STATE OF NEW JERSEY v. JOHN HARRIS.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM F. JONES.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR CRESPO.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. HOWARD E. WILDER, SR.

December 19, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE SANTOS.

December 19, 1988.

Petition for certification denied.